[Crim. No. 1363. First Appelalte District, Division Two.—October 29, 1927.]

THE PEOPLE, Respondent, v. JOHN W. McKENZIE, Appellant.

Melvin, McClure & Sullivan for Appellant.

U. S. Webb, Attorney-General, and Lionel B. Browne, Deputy Attorney-General, for Respondent.

STURTEVANT, J.— For the reasons stated in the decision this day filed in the case entitled *People* v. *McKenzie, ante,* p. 432, 260 Pac. 912, the judgment and orders appealed from are affirmed.

Nourse, J., and Koford, P. J., concurred.